December 13, 2015

34,388-13

ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

To The Honorable Judges Of Said Court:

I've received this Court's Notice that my 11.07 Writ of Habeas Corpus has been Received and filed as of November 30, 2015. I am Requesting that the Honorable Judges focus on my questions on the Writ Application itself, please. I'd be most gracious.

Also enclosed with my writ to Harris County District Court I'd included copies/proof of facts in the form of my:

1. Indictment, listed as pg. 00023;
2. Judgment of conviction, listed as pages 00224 and 00225;
3. Complaint, listed as page00002;
4. Verdict and Jury Charge listed as page's 00215, 00216, 00217, 00218, 00219, 00220, 00221.
5. (20) additional pages of Memorandum Grounds and arguments, citing several cases.
6. A Copy of (Response from Court of Appeals) Petition For Discretionary Review.

**All** of these listed Document's were included in my 11,07 Writ Application and should have also been forwarded to your Court.

Thank You for taking the time out of you all's busy schedule to read this letter, Honorable Judges.

Any and all assistance concerning this letter is greatly appreciated. Thank You!

Respectfully Submitted,

Crystal Yvette Robinson #1915067

Petitioner Pro Se

(Lane Murray Unit)

1916 N. Hwy 36 Bypass

Gatesville, Texas 76596

P.S. Is There any way I can get a Copy of ALL documents of my Writ, To check if its been Altered by District Court? Please. I am at this Court's Mercy. Thank You!